July 15, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE INTEREST OF A.T., A MINOR CHILD

NO. 14-14-00071-CV

_____

This court today heard a motion for rehearing filed by the Department of Family and Protective Services. We order the motion be granted, and that the court's former judgment of July 1, 2014, be vacated, set aside, and annulled. We further order this court's memorandum opinion of July 1, 2014, withdrawn.

This cause, an appeal from a judgment establishing paternity, terminating parental rights, and appointing the Department of Family and Protective Services as sole managing conservator signed December 12, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We **AFFIRM** the part of the judgment of the court below establishing paternity and terminating parental rights. We order the part of the judgment of the court below appointing the Department of Family and Protective Services as sole managing conservator **REVERSED** and **REMAND** the cause to the trial court for proceedings consistent with the court's opinion. If the trial court determines that Troy J. Wilson and Georgette George-Wilson have standing to intervene, then **the trial court is instructed to commence the new trial no later than 180 days after this court's mandate issued.** *See* **Tex. R. App. P. 28.4(c).**

We order this decision certified below for observance.

We further order the mandate be issued immediately.